JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN E. ALEXANDER,<br>　　　　Petitioner,<br>　　v.<br>C. DUCART, *Warden*,<br>　　　　Respondent. | Case No. LA CV 16-8566 MWF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 1, 2017

　　　　　　　　　　　　　　　　　HON. MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE